IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

MAY 1 2006

J. T. NOBLIN, CLERK

BY _____ DEPUTY

WOODY SEALE                                            PLAINTIFF

VS.                         CIVIL ACTION NO. 3:05-cv-00161-HTW-JCS

ALLSTATE INSURANCE COMPANY                            DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiff, Woody Seale, and the Defendant, Allstate Insurance Company, for a judgment dismissing any and all of the Plaintiff's claims whatsoever against the Defendant, Allstate Insurance Company. The Court has been informed that any and all of the claims of Woody Seale against the Defendant, Allstate Insurance Company, have been fully compromised and settled by the payment to the Plaintiff, Woody Seale, of a sum of money satisfactory to him, and that there remain no issues whatsoever to be litigated as to the claims of Woody Seale against the Defendant, Allstate Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the Plaintiff, Woody Seale, against the Defendant, Allstate Insurance Company, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiff, Woody Seale,

against the Defendant, Allstate Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiff, Woody Seale, against the Defendant, Allstate Insurance Company, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the *17th* day of *May*, 2005.

_Henry T. Wingate_
U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:

_Robert Boyd_
ROBERT C. BOYD, ESQUIRE (MSB #4218)
ATTORNEY FOR PLAINTIFF, WOODY SEALE


_William Griffin_
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
ATTORNEY FOR ALLSTATE INSURANCE COMPANY

/RCB